IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-CR-00145-1-BCW |
| | ) | |
| JEREMIAH J SIMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Brian Gaddy's Report and Recommendation denying Defendant's Motion to Suppress Evidence. (Doc. #56). On June 22, 2022 an evidentiary hearing was held (Doc. #51), and on August 3, 2022 Magistrate Judge Brian Gaddy issued a Report and Recommendation. (Doc. #56). No objections to the Report and Recommendation were filed. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Brian Gaddy's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #56), Defendant's Motion to Suppress Evidence (Doc. #46) is DENIED. It is further

ORDERED that Magistrate Judge Brian Gaddy's Report and Recommendation are to be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: October 4, 2022

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT